BARRETT S. LITT (No. 45527)
E-mail: blitt@kmbllaw.com
MARILYN E. BEDNARSKI (No. 105322)
E-mail: mebednarski@kmbllaw.com
DAVID S. McLANE (No.124952)
E-mail: dmclane@kmbllaw.com
CAITLIN S. WEISBERG (No. 262779)
E-mail: cweisberg@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
975 E. Green Street
Pasadena CA 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiff WILLIAM J. RICHARDS

[Counsel continued on next page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO, MARK NOURSE, NORMAN PARENT, TOM BRADFORD, JOHN NAVARRO, DANIEL GREGONIS, NORMAN SPERBER, and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. 17-cv-00497-SJO-SP<br>[Honorable S. James Otero]<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE DATES AND DEADLINES** |

1  Wendy J. Koen (No. 255759)
2  E-mail:  wkoen.defender@gmail.com
   LAW OFFICE OF WENDY J. KOEN
3  32818 Mira Street
4  Menifee, California 92584
   Telephone: (858) 500-2300
5
6  Attorneys for Plaintiff WILLIAM J. RICHARDS

7  Susan E. Coleman (SBN 171832)
8  E-mail:  scoleman@bwslaw.com
   Kristina D. Strottman (SBN 268188)
9  E-mail:  kstrottman@bwslaw.com
10 BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
11 Los Angeles, CA  90071-2953
   Tel:  213.236.0600
12 Fax:  213.236.2700
13
14 Attorneys for Defendants
   COUNTY OF SAN BERNARDINO,
15 MARK NOURSE, NORMAN
16 PARENT, TOM BRADFORD, JOHN
   NAVARRO, DANIEL GREGONIS,
17 NORMAN SPERBER
18
19
20
21
22
23
24
25
26
27
28

1  The parties, by and through their respective counsel of record, having met and conferred on June 6 and 13, 2018, hereby submit the following stipulation and request to amend the scheduling order in the above referenced case to continue the discovery deadlines and trial date.

1. This civil action alleges violations of Plaintiff's civil rights pursuant to 42 U.S.C. § 1983 arising out of Plaintiff's conviction for a murder he contends he did not commit. Plaintiff was arrested in September 1993 and ultimately convicted after four trials (three of which reached a jury) in July 1997. Plaintiff pursued post-conviction relief, including DNA testing, between 1997 and 2016. In May 2016, the California Supreme Court vacated Plaintiff's conviction based on false evidence.

2. This civil rights case was filed on March 16, 2017. After a change of counsel, the First Amended Complaint was filed in July 2017. Defendants filed their Answer to the First Amended Complaint on July 31, 2017. The parties filed their joint Rule 26(f) Scheduling Conference Report on October 2, 2017. In that report, the parties requested a trial date of March 5, 2019. The parties believed that based on the size and age of the record, the number of people to be deposed, and the amount of investigation to be conducted, that was the earliest date that the parties could be ready for trial.

3. The initial scheduling conference was held on October 17, 2017. The Court discussed the case with the parties and set the following schedule:

    a. Trial – October 23, 2018
    b. Pretrial Conference – October 15, 2018
    c. Motion Cutoff – August 20, 2018
    d. Discovery Cutoff – July 23, 2018

4. At the Rule 26 conference, the parties indicated that many records needed to be obtained—the District Attorney's file, records from San Bernardino County, the trial record and exhibits, which would be time consuming to obtain in light of the age of the case, the location of records, and the volume of the records,

which would be hundreds of thousands of pages. Further, since the issues in a civil rights case involve allegations of police misconduct, different investigation, preparation and legal issues are involved from the criminal proceedings that would require time to investigate and develop. Although the Court set an earlier trial date than the one requested by the parties, the Court acknowledged that given the complexity of the case and the state of evidence, the parties could request a continuance if necessary.

5. The bulk of the records in this case were in the possession of the District Attorney's Office for the County of San Bernardino ("SBDA"). Due to changeover in counsel for Richards during the original trials and after trial, Plaintiff and his counsel did not possess complete copies of the trial transcripts, trial exhibits, or other record materials from the original trials.

6. After taking stock of the records already in Plaintiff's possession, Plaintiff's Counsel issued a subpoena to the San Bernardino County District Attorney's office ("SBDA") on or about November 9, 2017. The return date for the subpoena was December 1, 2017. On or about November 16, 2017, Deputy District Attorney Mark Vos contacted Plaintiff's counsel and requested an extension of time to respond to the request, indicating that it would take more than a month to even locate the records or determine the scope of the production. Mr. Vos also warned that the entire production would require a privilege review. In all of counsel's communications with the District Attorney's office, they have appeared to act in good faith in responding as quickly as possible to the subpoena.

7. The SBDA began producing documents in February 2018. Between then and June 11, 2018 (the date of the last production), the SBDA produced well over 33,000 pages of documents. This includes transcripts for the first and second trials in the underlying criminal matter that had not been previously available. The SBDA also withheld a number of documents and made numerous redactions based on privilege claims. Now that the SBDA has completed its production, Plaintiff's

counsel anticipates meeting and conferring and litigating those privilege issues, which will take an estimated 1.5 to 2 months depending on the length of the meet and confer process and whether any progress is made during that process. This production process, which required significant investment of resources by the SBDA's office, took over seven months. Without the complete file however, counsel could not commence depositions.

      8.     During the same time period, the parties have been exchanging extensive written discovery and producing documents. Plaintiff and Defendants have each issued 14 sets of targeted interrogatories and request for production of documents.  The parties anticipate either resolving these through the meet and confer process or litigating several discovery disputes, which have already been commenced. The parties are attempting to resolve these disputes informally to avoid unnecessary litigation.  This process is anticipated to last through the summer.

      9.     The parties have also been engaged in independent investigation and efforts to locate witnesses and reconstruct the record. Finally, the parties have been reviewing and digesting the thousands of pages of document production, transcripts, and evidence.

      10.    Because of the incomplete state of document production and the need to obtain and review prior testimony and evidence, no depositions have been taken. The parties anticipate taking approximately twenty depositions (including the seven parties).   The parties plan to take depositions during the Fall.

      11.    Although the parties have been diligently pursuing discovery, the age and breadth of the case has made that process slow and painstaking. Accordingly, and for the reasons stated above, the parties request an extension of the discovery cutoff, to provide sufficient time to complete document discovery, litigate (or resolve) discovery disputes, digest the information, and conduct depositions. The parties are in a position to begin scheduling depositions for September and October 2018.

12. Plaintiff's health condition is currently stable. It is not anticipated that he will be prejudiced by this requested change in the trial schedule. To the extent that his health status changes, the parties will meet and confer regarding the schedule and steps to be taken.

13. Counsel for Plaintiffs currently face the following scheduling conflicts:

    a. Plaintiff's counsel David S. McLane has the current trials set: *United States v. Gomez*, Cr. No. 16-401-ODW, August 14, 2018; *United States v. Ashley* (Darrell Hardy client), Cr. No. 17-393-MWF, September 18, 2018; *United States v. Matosyan,* (Elizabeth Gurumdzhyan client), Cr. No. 17-480-PSG, February 12, 2019; *Ramirez v. Citrus College*, BC664056 (L.A. Super. Ct.), March 6, 2019; *United States v. Jackson,* (Miguel Morales client), Cr. No. 14-484-CAS, March 19, 2019; *United States v. Keyes* (Leroy Weber client), 17-CR-188-GHB (E.D. Cal.), May 14, 2019. Thus, June 2019 is the earliest Plaintiff's counsel is available for trial.

    b. Plaintiff's counsel Marilyn E. Bednarski has the following trials and conflicts: *United States v. Valentino Hristovski*, Cr. No. 17-222(A)-JGB (C.D. Cal.), November 27, 2018; *United States v. Zulei Wang*, Cr. No. 18-349-R (C.D. Cal.), July 31, 2019; *Ramirez v. Citrus College*, BC664056 (L.A. Super. Ct.), March 6, 2019.

    c. Plaintiff's counsel Caitlin S. Weisberg has the following trials and conflicts: *Aguilar v. City of Los Angeles et al.*, No. 17-4382-CBM-MRW (C.D. Cal.), October 30, 2018.

14. Counsel for Defendants currently face the following scheduling conflicts:

    a. Defendants' counsel, Susan Coleman and Kristina Doan Strottman, have the current trials set: *Craig Curry v. City of Los Angeles*, No. 2:16-cv-04125-DSF-PJW (C.D. Cal.), September 10, 2018;

*Nuwintore v. Management & Training Corporation*, No. 1:13-cv-00967 AWI JLT (E.D. Cal.), October 30, 2018; *Edison v. Management & Training Corporation,* No. 1:12-cv-02026-AWI-JLT (E.D. Cal.), November 6, 2018; *Luis Domingo v. Management and Training Corporation*, No. 1:15-cv-00284-AWI-JLT (E.D. Cal.), November 14, 2018; *Art Tobias v. City of Los Angeles, et al.*, No. 2:17-cv-1076 DSF-AS (C.D. Cal.), November 27, 2018; *B.J., a minor v. County of San Bernardino, et al.,* No. 5:17-cv-00797 JGB DTB (C.D. Cal.), December 4, 2018; *Okamoto v. City of Pasadena*, No. BC602657 (Los Angeles Superior Court), January 8, 2019; *Ilizaliturri v. County of San Bernardino,* No. CIVDS 1716147 (San Bernardino Superior Court), February 4, 2019; *Armendariz v. City of Burbank,* No. BC545816 (Los Angeles Superior Court), March 26, 2019; *Quick v. County of San Bernardino,* No. 5:18-cv-00105-JVS-SP (C.D. Cal.), April 16, 2019; *Hollywood Heritage v. City of Los Angeles, et al.*, No. BC659645 (Los Angeles Superior Court), April 25, 2019; *Pasillas v. CDCR*, No. 1:17-cv-00712-LJO-EPG (E.D. Cal.), March 24, 2020.

15. Due to scheduling conflicts identified above, and based on the need for at least several more months of discovery through the Fall of 2018, counsel for Plaintiff and Defendants request a new trial date of June 11, 2019, with the following dates and deadlines:

| Matter | Date |
|---|---|
| Trial (Jury) – 9:00 a.m. | June 11, 2019 |
| Final Pretrial Conference – 9:00 a.m. | June 3, 2019 |
| Last Day for Hearing Motions | April 9, 2019 |
| Deadline for Filing Motion for Summary Judgment | February 26, 2019 |

5

| | | |
|---|---|---|
| Expert Discovery Cutoff | | March 15, 2019 |
| Expert Disclosure (Initial) | | January 15, 2019 |
| Fact Discovery Deadline | | December 31, 2019 |

Respectfully submitted,

KAYE, McLANE, BEDNARSKI & LITT, LLP

DATED: June 20, 2018     By: */s/ Caitlin S. Weisberg*
                                          Barrett S. Litt
                                          Marilyn E. Bednarski
                                          David McLane
                                          Caitlin S. Weisberg
                                          Attorneys for Plaintiff

BURKE, WILLIAMS & SORENSEN, LLP

DATED: June 20, 2018     By: */s/ Kristina D. Strottman*
                                          Susan E. Coleman
                                          Kristina D. Strottman
                                          Attorneys for Defendants