BARRETT S. LITT (No. 45527)
E-mail: blitt@kmbllaw.com
MARILYN E. BEDNARSKI (No. 105322)
E-mail: mbednarski@kmbllaw.com
DAVID S. McLANE (No.124952)
E-mail: dmclane@kmbllaw.com
CAITLIN S. WEISBERG (No. 262779)
E-mail: cweisberg@kmbllaw.com
KAYE, McLANE & BEDNARSKI
975 East Green Street
Pasadena CA 91106
Telephone: (626) 844-7660
Facsimile:  (626) 844-7670

Wendy J. Koen (No. 255759)
E-mail:  wkoen.defender@gmail.com
LAW OFFICE OF WENDY J. KOEN
32818 Mira Street
Menifee, California 92584
Telephone: (858) 500-2300

Attorneys for Plaintiff WILLIAM J. RICHARDS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, MARK NOURSE, NORMAN PARENT, TOM BRADFORD, JOHN NAVARRO, DANIEL GREGONIS, NORMAN SPERBER, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 17-cv-00497-SJO-SP<br>[Honorable S. James Otero]<br><br>**DECLARATION OF CAITLIN S. WEISBERG AND APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (Dkt. Nos. 91, 93, 94)**<br><br>Date:　　　　June 10, 2019<br>Time:　　　　10:00 a.m.<br>Courtroom:　10C |

# DECLARATION OF CAITLIN S. WEISBERG

I, Caitlin S. Weisberg, hereby declare the following:

1. I am a member of the bar of the State of California and a partner in the law firm Kaye, McLane, Bednarski & Litt, LLP. The firm is counsel for Plaintiff in this matter. I submit this declaration and appendix of evidence in support of Plaintiff's Oppositions To Defendants' Motions for Summary Judgment (Dkt. Nos. 91, 93, 94). The following facts are true and correct to the best of my knowledge, based on my review of the discovery in this case and the inferences drawn therefrom.

**Trial Transcripts**

2. Attached hereto as Exhibit 1 are true and correct excerpts of the Reporter's Transcript of Oral Proceedings in the matter of *State of California v. William J. Richards*, Case No. FVI-00826, the first trial in the matter which began in or around July 1994.

3. Attached hereto as Exhibit 2 are true and correct excerpts of the Reporter's Transcript of Oral Proceedings in the matter of *State of California v. William J. Richards*, Case No. FVI-00826, the third trial in the matter which began in or around November 1994.

4. Attached hereto as Exhibit 3 are true and correct excerpts of the Reporter's Transcript of Oral Proceedings in the matter of *State of California v. William J. Richards*, Case No. FVI-00826, the fourth and final trial in the matter which began in or around May 1997.

5. Attached hereto as Exhibit 4 are true and correct excerpts of the Habeas Reporter's Transcript in the matter of *In Re William Richards Petition for Habeas Corpus*, Case No. SWHSS700444, which was heard in or around August 2008.

**Depositions Transcripts**

6. Attached hereto as Exhibits 5 are true and correct copies of excerpts of the Deposition of Norman Sperber taken in this matter on October 24, 2018.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts of

the Deposition of Tom Bradford taken in this matter on October 17, 2018.

8. Attached hereto as Exhibits 7 are true and correct copies of excerpts of the Deposition of John Navarro taken in this matter on October 22, 2018.

9. Attached hereto as Exhibits 8 are true and correct copies of excerpts of the Deposition of Mark Nourse taken in this matter on January 16, 2019 and March 28, 2019.

10. Attached hereto as Exhibits 9 are true and correct copies of excerpts of the Deposition of Daniel Gregonis taken in this matter on November 1, 2018.

11. Attached hereto as Exhibits 10 are true and correct copies of excerpts of the Deposition of Norman Sperber taken in this matter on March 11, 2019 and March 12, 2019.

12. Attached hereto as Exhibits 11 are true and correct copies of excerpts of the Deposition of Frank Sheridan taken in this matter on January 10, 2019 and March 19, 2019.

13. Attached hereto as Exhibits 12 are true and correct copies of excerpts of the Deposition of Craig Ogino taken in this matter on November 30, 2018.

14. Attached hereto as Exhibits 13 are true and correct copies of excerpts of the Deposition of Valerie Seleska taken in this matter on November 28, 2018.

15. Attached hereto as Exhibits 14 are true and correct copies of excerpts of the Deposition of Mike Risley taken in this matter on January 28, 2019.

16. Attached hereto as Exhibits 15 are true and correct copies of excerpts of the Deposition of the Eugene Price taken in this matter on December 14, 2018.

17. Attached hereto as Exhibits 16 are true and correct copies of excerpts of the Deposition of Gabriel Anthony Morales taken in this matter on March 25, 2019.

18. Attached hereto as Exhibits 17 are true and correct copies of excerpts of the Deposition of Jerry Davenport taken in this matter on March 29, 2019 and April 17, 2019.

19. Attached hereto as Exhibits 18 are true and correct copies of excerpts of

1 | the Deposition of Wojcik taken in this matter on March 27, 2019.

2 |     20.    Attached hereto as Exhibits 19 are true and correct copies of excerpts of
3 | the Deposition of William Richards taken in this matter on November 6, 2018.

4 | **Expert Declarations and Reports**

5 |     21.    Attached hereto as Exhibit 20 is a true and correct copy of the
6 | Declaration and Report of Russ Fischer.

7 |     22.    Attached hereto as Exhibit 21 is a true and correct copy of the
8 | Declaration and Report of Terri Haddix.

9 |     23.    Attached hereto as Exhibit 22 is a true and correct copy of the
10 | Declaration and Report of Heidi Rummel.

11 |     24.    Attached hereto as Exhibit 23 is a true and correct copy of the
12 | Declaration and Report of Tim Palmbach.

13 |     25.    Attached hereto as Exhibit 24 is a true and correct copy of the
14 | Declaration and Reports of C. Michael Bowers.

15 |     26.    Attached hereto as Exhibit 25 is a true and correct copy of the
16 | Declaration and Report of Khodr Cherri.

17 |     27.    Attached hereto as Exhibit 26 is a true and correct copy of the
18 | Declaration and Report of Marc Taylor.

19 |     28.    Attached hereto as Exhibit 27 is a true and correct copy of the
20 | Declaration and Report of Patricia Zajac.

21 | **Documents Produced in Discovery**

22 |     29.    The following appendix lists documents produced in discovery in this
23 | matter submitted in support of Plaintiff's Oppositions to Defendants' Motions for
24 | Summary Judgment:

| No. | Description |
|-----|-------------|
| CC  | Bradford's reports of 8/18/1993 and 8/30/1993 |
| DD  | Audio File: Excerpts of tape recorded interview with Norber Haugen |

3

DECLARATION OF CAITLIN S. WEISBERG & APPENDIX

| | |
|---|---|
| EE | Audio File: Excerpts of tape recorded phone interview with William Richards |
| FF | Audio File: Excerpts of tape recorded pre polygraph interview of William Richards on 9/3/1993 |
| GG | Audio File: Excerpts of tape recorded interview with Susan Ellison of 8/17/1993 |
| HH | Clerk's Transcript of Proceedings [Excerpts] |
| II | SID Report (8/19/93) |
| JJ | SID Report (10/14/93) |
| KK | SID Report (7/12/94) |
| LL | SID Report (11/2/94) |
| MM | SID Report (12/2/94) |
| NN | Photo – Evidence Item A-22 at crime scene |
| OO | Photo - Shoe Prints at crime scene |
| PP | Photo – Pamela Richards's right hand at autopsy (before cleaning) |
| QQ | Photo – Pamela Richards's right hand at autopsy (before cleaning) |
| RR | Photo – Pamela Richard's finger (C-14b) with broken off acrylic (A-22) |
| SS | Ogino's Notes re trace fingernail scrapings evidence |
| TT | Order appointing Golden |
| UU | Letter from Parent to Sperber |
| VV | 911 Transcripts |
| WW | CAD Dispatch |

| | | |
|---|---|---|
| 1 | XX | Nourse Report (8/27/93) |
| 2 | YY | Gregonis Notes re crime scene (8/11/93) |
| 3 | ZZ | Sheriff's Manual [Excerpts] |
| 4 | AAA | SBSD Homicide Manual [Excerpts] |
| 5 | CCC | In re Richards, 63 Cal. 4th 291 (2016) |
| 6 | DDD | Judge Brian S. McCarville's oral ruling granting Mr. Richards petition for writ of habeas corpus in *In re Richards*, No. SWHSS700444 (Cal. Super. Ct. Aug. 10, 2009) |
| 7 | EEE | Petition to Advance Decision Form |
| 8 | FFF | Excerpts from March 29, 2016 Parole Board hearing |
| 9 | GGG | Gialamas Report |
| 10 | HHH | Fax from Parent to Sperber |
| 11 | III | Evidence Property Report (8/11/93) |
| 12 | JJJ | Photos of William Richards (8/11/93) |
| 13 | KKK | Gregonis Notes re dummy experiment |
| 14 | LLL | Property Log for Evidence |
| 15 | MMM | ABFO Guidelines for Bitemark Analysis |
| 16 | NNN | Article: FBI Bulletin (July 1991) |
| 17 | OOO | Article: Analysis of Photo Distortion in Bite Marks (October 1986) |
| 18 | PPP | Photo – Richards's Styrofoam Impression |
| 19 | QQQ | Article: Bitten by Experts (August 2015) |

| | | |
|---|---|---|
| RRR | Gialamas Report (with Gregonis handwriting) | |
| SSS | Photo – Lesion on Pamela Richards's right hand | |
| TTT | Photos – Gregonis dummy experiment | |
| UUU | Photos – Fiber video screenshots | |
| VVV | Photos – William Richards's Teeth | |
| WWW | Photos – William Richards Pants (bloodstain analysis) | |
| XXX | Photos – William Richards Shoes (bloodstain analysis) | |
| YYY | SID Report (1/27/94) | |
| ZZZ | Cal. Gov. Code § 27491.2 (Examination and Identification of Body) | |
| AAAA | Photos – Camper at crime scene | |
| BBBB | Manual of Forensic Odontology [Excerpts] | |
| CCCC | Forensic Science in Criminal Courts: Ensuring Scientific Validity of Feature-Comparison Methods (PCAST Report) | |

I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge. Signed this 20th day of May 2019 at Pasadena, California.

                                            */ s / Caitlin S. Weisberg*
                                            CAITLIN S. WEISBERG