FILED
CLERK, U.S. DISTRICT COURT
September 17, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, MARK NOURSE, NORMAN PARENT, TOM BRADFORD, JOHN NAVARRO, DANIEL GREGONIS, NORMAN SPERBER, and DOES 1 through 10, inclusive,,<br><br>　　　　Defendants. | Case No. 5:17-cv-00497-SJO-SP<br><br>[PROPOSED] **JUDGMENT**<br><br>District Judge: Hon. S. James Otero |

　　　　Defendants Daniel Gregonis, Norman Sperber, Tom Bradford, John Navarro, Mark Nourse, Norman Parent, and County of San Bernardino's motions for summary judgment, or in the alternative partial summary judgment brought under Federal Rule of Civil Procedure 56, on the Complaint of Plaintiff William J. Richards ("Plaintiff"), came on regularly before the Honorable S. James Otero for hearing on August 26, 2019. Susan Coleman appeared for Defendants, and attorneys Caitlin Weisberg and Marilyn Bednarski appeared for Plaintiff.

　　　　The Court having read and duly considered the moving, opposing, and reply documents, and having duly considered all evidence and argument presented in

connection therewith, enters the following order on Defendants' motion for Summary Judgment as follows:

AS TO DEFENDANTS GREGONIS, SPERBER, NOURSE, PARENT, BRADFORD AND NAVARRO:

    1) Defendants did not violate Plaintiff's rights.

    2) This Court did not reach the issue of qualified immunity, as it found no violation of rights.

AS TO DEFENDANT COUNTY OF SAN BERNARDINO:

    (1) Plaintiff's claim for municipal liability under *Monell v. Dept. of Social Services*, 436 U.S. 658, 56 L. Ed. 2d 611, 98 S. Ct. 2018 (1978) fails because he suffered no constitutional violation and there is no evidence of an unconstitutional policy, practice, custom, lack of training, or ratification.

Accordingly, GOOD CAUSE HAVING BEEN SHOWN,

Defendants Daniel Gregonis, Norman Sperber, Tom Bradford, John Navarro, Mark Nourse, Norman Parent, and County of San Bernardino are granted summary judgment in this case and the entire matter is hereby dismissed with prejudice, reasonable costs to be awarded to Defendants in an amount according to proof.

IT IS SO ORDERED:

Dated: September 17, 2019

*S. James Otero*
_____
Honorable S. James Otero
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-3654-4420 v1

- 2 -

5:17-CV-00497-SJO-SP
[PROPOSED] JUDGMENT

Respectfully submitted,

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF SAN BERNARDINO, MARK NOURSE, NORMAN PARENT, TOM BRADFORD, JOHN NAVARRO, DANIEL GREGONIS, NORMAN SPERBER

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4810-3654-4420 v1

- 3 -

5:17-CV-00497-SJO-SP
[PROPOSED] JUDGMENT