# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William J. Richards,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, MARK NOURSE, NORMAN PARENT, TOM BRADFORD, JOHN NAVARRO, DANIEL GREGONIS, NORMAN SPERBER, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:17-cv-00497-SJO-SP<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | Pursuant to the Order Granting Defendants' Motions for Summary Judgment (Dkt. No. 138), IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and Judgment is hereby entered for Defendants. |

**JUDGMENT IS SO ENTERED.**

DATED:  September 20, 2019

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE