UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; et al.,<br><br>  Defendants - Appellees,<br><br> and<br><br>SAN BERNARDINO COUNTY DISTRICT ATTORNEY OFFICE; et al.,<br><br>  Defendants. | No. 19-56205<br><br>D.C. No. 5:17-cv-00497-SJO-SP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered June 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7