BARRETT S. LITT (No. 45527)
E-mail: blitt@mbllegal.com
MARILYN E. BEDNARSKI (No. 105322)
E-mail: mbednarski@mbllegal.com
DAVID S. McLANE (No.124952)
E-mail: dmclane@mbllegal.com
CAITLIN S. WEISBERG (No. 262779)
E-mail: cweisberg@mbllegal.com
**McLANE, BEDNARSKI & LITT, LLP**
975 East Green Street
Pasadena California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiff WILLIAM J. RICHARDS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF SAN BERNARDINO, MARK NOURSE, NORMAN PARENT, TOM BRADFORD, JOHN NAVARRO, DANIEL GREGONIS, NORMAN SPERBER, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 17-cv-00497-SJO-SP<br><br>**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**<br><br>Complaint filed: 3/16/2017<br>FAC filed: 7/10/2017<br>TAC: 10/26/18 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On September 3, 2019, the Court granted summary judgment to Defendants on all of Plaintiff's claims. (Dkt. 138) Following Plaintiff's appeal, the United State Court of Appeals for the Ninth Circuit reversed the Court's ruling in part and remanded the case to this Court. The mandate issued on July 18, 2022. (Dkt. 167) Since that time, no judge has been assigned to the case.

Plaintiff accordingly requests that a new judge be assigned, and a status conference be calendared.

DATED: January 17, 2024

MCLANE, BEDNARSKI & LITT, LLP

By: /s/ *Marilyn Bednarski*
Marilyn E. Bednarski
Attorneys for Plaintiff

1