REDACTED

FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RICHARDS, | Case No. 5:17-cv-00497-HDV-SP |
| Plaintiff, | **SPECIAL VERDICT FORM** |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

1    YES _____                    NO _____

2

3    *Proceed to the next question.*

4

5    **Questions 5-8 concern Plaintiff's allegation against Defendant County about the**

6    **deputy coroner not being permitted to timely examine the victim's body.**

7

8    **Question 5:** Did Defendant County's employees and/or agents deprive Plaintiff of

9    rights under the United States Constitution?

10   YES _X_                      NO _____

11

12   *If you answered "YES," proceed to the next question. If you answered "NO," proceed*

13   *to Question 9.*

14

15   **Question 6:** Did Defendant County's employees and/or agents act pursuant to a

16   widespread or longstanding practice or custom?

17   YES _X_                      NO _____

18

19   *If you answered "YES," proceed to the next question. If you answered "NO," proceed*

20   *to Question 9.*

21

22

23

24

25   **Question 7:** Did that widespread or longstanding practice or custom cause the

26   suppression of evidence that was favorable to Mr. Richards from the prosecutor and

27   the defense?

28   YES _X_                      NO _____

*If you answered "YES," proceed to the next question. If you answered "NO," proceed to Question 9.*

**Question 8:** Did that suppression harm Plaintiff?

YES  X                    NO ____

*Proceed to the next question.*

***Questions 9-12 concern Plaintiff's allegation against Defendant County about failure to train regarding Craig Ogino's criminalist bench notes.***

**Question 9:** Did Defendant County's employees and/or agents deprive Plaintiff of rights under the United States Constitution?

YES  X                    NO ____

*If you answered "YES," proceed to the next question. If you answered "NO" but answered "YES" to Questions 3 and/or 8, proceed to Question 14. If you answered "NO" above and answered "NO" to Questions 3 and 8, please sign and date below and return this verdict form to the Court.*

**Question 10:** Was the policy by Defendant County inadequate to prevent violations of law by its employees and/or agents in failing to turn over criminalist bench notes with potentially exculpatory evidence?

YES  X                    NO ____

1  *If you answered "YES," proceed to the next question. If you answered "NO" but*
2  *answered "YES" to Questions 3 and/or 8, proceed to Question 14. If you answered*
3  *"NO" above and answered "NO" to Questions 3 and 8, please sign and date below*
4  *and return this verdict form to the Court.*

5

6  **Question 11:** Was Defendant County deliberately indifferent to the substantial risk
7  that its policy was inadequate to prevent violations of law by its employees and/or
8  agents in failing to turn over criminalist bench notes with potentially exculpatory
9  evidence?
10  YES __X__                    NO _____

11

12  *If you answered "YES," proceed to the next question. If you answered "NO" but*
13  *answered "YES" to Questions 3 and/or 8, proceed to Question 14. If you answered*
14  *"NO" above and answered "NO" to Questions 3 and 8, please sign and date below*
15  *and return this verdict form to the Court.*

16
17
18
19
20
21
22

23  **Question 12:** Did the conduct of Defendant County referred to in Question 11 cause
24  the deprivation of Plaintiff's rights?
25  YES __X__                    NO _____

26

27  *If you answered "YES," proceed to the next question. If you answered "NO" but*
28  *answered "YES" to Questions 3 and/or 8, proceed to Question 14. If you answered*

*"NO" above and answered "NO" to Questions 3 and 8, please sign and date below
and return this verdict form to the Court.*

**Question 13:** Did such conduct harm Plaintiff?

YES _X_                    NO ____

*If you answered "YES" to Question 3, 8, or 13, proceed to the next question. If you
answered "NO" to Questions 3, 8, and 13, please sign and date below and return this
verdict form to the Court.*

**Question 14:** What amount of money do you find will reasonably and fairly
compensate Plaintiff for the injury, harm, loss, or damage caused by Defendant(s)?

| | |
|---|---|
| Past and future loss of enjoyment of life: | $ 11.5 Million |
| Past and future mental, physical, and emotional pain and suffering: | $ 11.5 Million |
| Past and future reasonable lost value of wages, earnings, and earning capacity: | $ 2.241 Million |

***If your answer to Question 4 is "YES," you will return to the courtroom for a brief
presentation of additional evidence before calculating the amount of any punitive
damages to award. Do not include any punitive damages in the calculations above.***

*Please sign and date below and return this verdict form to the Court.*

The above verdict is our unanimous verdict in this case.

6

Dated: 2025 July 02

JURY FOREPERSON