## LIST OF EXHIBITS AND WITNESSES

| Case Number | 5:17-cv-00497-HDV-SPx | | Title | William J. Richards v. County of San Bernardino, et al. |
|---|---|---|---|---|
| Judge | Hernán D. Vera, U.S. District Judge | | | |
| Dates of Trial or Hearing | 06/24/25; 06/25/25; 06/26/25; 06/27/25; 06/30/25; 7/1/25;7/2/25 | | | |
| Court Reporters or Tape No. | Laura Elias | | | |
| Deputy Clerks | Maria Lindaya; Wendy Hernandez | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| David McLane | Susan Coleman |
| Marilyn Bednarski | Deann Rivard |
| Benjamin Shaw | |

FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Plaintiff(s) or Petitioner(s) JOINT | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| 446 | 6/25/25 | | | | | pltf's trial testimony from 08/10/94 | |
| 459 | 06/26/25 | 6/26/25 | | | | witness Gabriel Morales-3 pages-California Code | |
| 462 | 06/27/25 | | | | | witness Marc Taylor pages 1-9 | |
| 463 | 06/26/25 | | | | | witness Marc Taylor | |
| 453 | 06/30/25 | 6/30/25 | | | | witness Tom Bradford - post training workbook 12 pgs | |
| 457-1 | 6/30/25 | 6/30/25 | | | | general request form -pink form | |
| 450-1 | 7/1/25 | 7/1/25 | | | | witness Michael Risley-Acknowledgment Receipt 6/20/16 | |
| 142 | 7/1/25 | 7/1/25 | | | | redacted part of a transcritp | |
| 151 | 7/1/25 | | | | | no description; not admitted | |
| 451-1 | 7/1/25 | 7/1/25 | | | | Fingernail photo comparison (for expert George Risley) | |
| 455 | 7/1/25 | 7/1/25 | | | | video: fiber removal | |
| 461-1 | 7/1/25 | | | | | same as exhibit 25-1 | |
| 456 | 7/1/25 | 7/1/25 | | | | video: shirt fiber examination | |
| 136-4 | 7/1/25 | | | | | deposition of Michael Risley read into record line 3-8 | |
| 142 | | | | | | redacted pages 1-6 (Risley's closing argument) | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br><br>        Defendants. | CASE NO. 17-cv-00497-HDV-SP<br><br>[Honorable Hernán D. Vera]<br><br>**SECOND AMENDED JOINT EXHIBIT LIST**<br><br>PTC Date:    June 17, 2025<br>Time:         5:00 p.m.<br><br>Trial Date:   June 24, 2025<br>Time:         9:00 a.m. |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Transcript of Three 911 calls from William Richards 16DA21429-001972 to 1980 | William Richards | FRE 801 Hearsay without exception | | |
| 2 | Transcript of Three 911 calls from William Richards only 16DA21429-001972 to 1980 (Redacted other callers out) | William Richards | FRE 801 Hearsay without exception | 06/24/25 | 06/24/25 |
| 3 | CAD printout (w/redactions) 16DA21429-002308-2310 | Detective Parent, Navarro, Seleska, Gregonis, William Richards | | 06/24/25 | 06/24/25 |
| 4 | CAD printout (not redacted) 16DA21429-002308-2310 (for ID only for court's consideration of Pltf. Exh 3 | Detective Parent, Navarro, Seleska, Gregonis, William Richards | | | |

1

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | redacted version) | | | |
| 5 | Nourse 8/13/1993 Report Crime Scene (redacted to observations of deceased) | Nourse | FRE 106, 801 et seq., Cal. Evid. C. 356 * Doctrine of Completeness | | |
| 6 | Nourse 8/13/1993 Report Crime Scene (not redacted) | Nourse (for ID only for court's consideration of Pltf. Exh 5 redacted version) | | | |
| 7 | Crime Scene 5148 Thrush Road Property Location 16DA21429-001969 | Detective Parent, Seleska, Gregonis, William Richards | | | |
| 8 | Crime Scene Legend, Diagrams & Details 16DA21429-001967 | Detective Parent, Seleska, Gregonis William Richards | | | |
| 9 | Richards' wedding photo | William Richards | | 06/24/25 | 06/24/25 |

2

| .x. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | WR-015135 | | | | |
| 10 | Richards' photo WR-015137 | William Richards | | 06/24/25 | 06/24/25 |
| 11 | Autopsy Protocol 16DA21429-002001 to 2007 | Dr. Sheridan, Pltf Expert Haddix , Def. Expert Dr. Garavan | Stipulated | | |
| 12 | August 19, 1993 SID Seleska Report, 9pgs, 16 DA21429-002063 to 2071 (redacted to Seleska tasks & evidence related to claims per MIL rulings) | Seleska, Gregonis, Taylor | | 06/25/25 | 06/25/25 |
| 13 | August 19, 1993 SID Seleska Report, 9pgs, 16 DA21429-002063 to 2071 (not redacted) | Seleska, Gregonis, Taylor (for ID only for court's consideration of Pltf. Exh 12 redacted version) | | | |
| 14 | Nourse Supp. Report 8/27/1993 (Redacted to Statements re | Nourse | FRE 106, 801 et seq., Cal. Evid. C. 356 * Doctrine of | | |

3

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Condition of Body) | | Completeness<br><br>Lacks Foundation; Hearsay & Irrelevant and unduly prejudicial (FRE 401, 402, 403); Improper Opinion FRE 702/703 | | |
| 15 | Nourse Supp. Report 8/27/1993 (not redacted) | Nourse<br><br>(for ID only for court's consideration of Pltf. Exh 14 redacted version) | FRE 106, 801 et seq., Cal. Evid. C. 356 *<br><br>Doctrine of Completeness<br><br>Lacks Foundation; Hearsay & Irrelevant and unduly prejudicial (FRE 401, 402, 403); Improper Opinion FRE 702/703 | | |
| 16 | 8/30/93 DOJ | Detective | FRE 401- | 06/24/25 | 06/24/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Fingerprint Cards DOJ William Richards, 3 pgs DA21429-002267 to 2269 | Bradford, William Richards | 403; Not relevant to any claim; Subject of Motion in Limine | | |
| 17 | Schuller time card for William Richards 8/9/1993 & 8/10/93, 16 DA21429-001849 | William Richards, Navarro | FRE 801 et seq., Hearsay without proper foundation | 06/24/25 | 06/24/25 |
| 18 | Evidence/Property Report 8/11/1993, 16DA21429-002033 | Seleska | | 06/26/25 | 06/26/25 |
| 19 | Aerial Photo Pamela and William Richards residence, 5148 Thrush Road, WR 06297 | Detective Parent, William Richards | | 06/24/25 | 06/24/25 |
| 20 | Aerial Photo – Pamela and William Richards residence, 5148 Thrush Road, WR 06293 | Detective Parent, William Richards | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 21 | William Richards photo taken 8/11/1993 WR 6260 | Detective Bradford; William Richards | | 06/24/25 | 06/24/25 |
| 22 | Photo first light 8/11/93 (5 pgs) WR 05793, 05794, 05795, 05799 and 05800 | Detective Parent; Gregonis | | | |
| 23 | Photo crime scene 8/11/93 WR 5956 | Detective Parent; Gregonis | | 7/1/25 | 7/8/25 |
| 24 | Three photos Toyota Samurai (Pamela Richard's jeep) Photos WR 05808, 05811 & 05813 | Seleska | | 06/24/25 | 06/24/25 |
| 25 | Gregonis Notes dated 9/13-9/14/1993 WR 14607-14608 | Gregonis, Bowers, Rosenthal | | 25-2 7/1, 25-1 7/1/25 | 25-2 7/1/25 * #1 & 2 admitted |
| 26 | Two photographs Right hand taken by Seleska at Autopsy WR 6140 (clean) WR 6053 (dirty) | Seleska, Sheridan, Navarro, Gregonis | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 27 | Four Photos – jean swatches, WR 06417 to 06420 | Gregonis | | | |
| 28 | General Request Form 8/11/93 SID Division RE Delivery Evid Incl. Clothing 8/17/93, WR 5406 | Seleska | | | |
| 29 | General Request Form 8/13/1993 SID Division Re Delivery Autopsy Evidence 8/17/93, WR 05405 | Seleska | | | |
| 30 | San Bernardino Property Log, DJG 327-351 (unredacted) | Gregonis (for ID only for court's consideration of Pltf. Exh 138- redacted version- which Plaintiff seeks) | | 7/1/25 30-4 30-13 30-15 | 7/1/25 30-4 30-13 30-15 |
| 31 | Evidence/Property Report – Autopsy 2pgs | Seleska | | 06/26/25 | 06/26/25 |

| .. # | | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | | WR 05452-3 | | | | |
| 32 | | General Request Form 8/13/93 SID Division Re Pamela Richards Fingerprints, (2 pgs) WR 05409-10 | Seleska | | | |
| 33 | | Ogino Bench Notes on Richards case LR56720 (DJG207-210) | Ogino | Stipulated | 06/25/25 | 06/25/25 |
| 34 | | 9.26.94 SID Report Re C-7 Hair from Pamela Richards' right hand (2 pgs) WR 5336-5337 | Ogino | | 06/25/25 | 06/25/25 |
| 35 | | 11.23.94 SID Report Re Fingernail Scrapings | Ogino | | 06/25/25 | 06/25/25 |
| 36 | | 12.2.94 SID Report RE Blond Hair in Pamela Richards Right Hand Scrapings | Ogino | | 06/25/25 | 06/25/25 |
| 37 | | Coroner Policy | Witness | FRE 401- | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Manual Prior to 2005, Policy 01-01, COSB 03679 | PMK Gabriel Morales | 403, 407<br><br>2001 Policy is post-relevant time period | | |
| 38 | Coroner Policy Manual Prior to 2005, Policy 01-05, COSB 03684 | Witness PMK Gabriel Morales | FRE 401-403, 407<br><br>2000 Policy is post-relevant time period | | |
| 39 | Sheriff-Coroner Division Policy Manual since 2005 | Witness PMK Gabriel Morales | FRE 401-403, 407<br><br>Unnamed undated Policy is potentially post-relevant time period | | |
| 40 | Sheriff-Coroner Division Policy Manual since 2005, Policy 2.19.00 COSB 04705 | Witness PMK Gabriel Morales | FRE 401-403, 407<br><br>2000 Policy is post-relevant time period | | |
| 41 | Deposition Notice PMK Coroner Policies & Procedures | Witness PMK Gabriel Morales | | | |

9

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 42 | Deposition Notice PMK SID Crime Lab Policies & Procedures | Witness PMK Catherine Wojcik | | | |
| 43 | Deposition Notice PMK Homicide Dept Policies & Procedures | Witness PMK Jerry Davenport | | | |
| 44 | Ca. Govt. Code 27491.2 | Judicial Notice or Stipulation; Witness Gabriel Morales / PMK Coroner Policies | Stipulated | 06/26/25 | 06/26/25 |
| 45 | Blue Fiber Removal Video 16DA21433 VTS_01_1.VOB | Gregonis, Pltf. Experts Rosenthal & Bowers, Defts' Experts Reis & Laskowski | | 6/30/25 shown only | |
| 46 | Homicide Detail Manual SBSD (2017) COSB 02924-03012 | Jerry Davenport, PMK Homicide Division SBSD | FRE 401-403, 407 Manual is post-relevant time period | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 47 | Homicide Detail Manual SBSD (2017), Re Crime Scene Log, 3.102, 3.104, COSB 02968-69 | Jerry Davenport, PMK Homicide Division SBSD | FRE 401-403, 407 Policy is post-relevant time period | | |
| 48 | Homicide Detail Manual Section 3.316 , COSB 2994 | Jerry Davenport, PMK Homicide Policies & Procedures | | | |
| 49 | SID, SBCS Manual 2005 | Catherine Wojcik, PMK SID Crime Lab Policies & Procedures | FRE 401-403, 407 Policy is post-relevant time period | | |
| 50 | SID, SBCS Manual 2005, policy 6-510, COSB 3240 | Catherine Wojcik, PMK SID Crime Lab Policies & Procedures | FRE 401-403, 407 Policy is post-relevant time period | | |
| 51 | Photos Autopsy | Seleska For ID only | | 06/25/25 | |
| 52 | Aerial photo 5148 Thrush Road, East Summit Valley, | Detectives Parent, Bradford, Navarro & | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | San Bernardino County jpeg: R5-015-6 | William Richards |  |  |  |
| 53 | Photo Daniel Gregonis badge jpegs: R-10-E174 | Gregonis; Detective Parent, Bradford, Navarro |  | 7/1/25 | 7/1/25 |
| 54 | Photo of Item C-14 Fingertips in Glass bottle dated 9.13.93 (16DA21433 p. 1547-8) | Seleska; Gregonis |  | 06/26/25 pages 1-2 | 06/26/25 pages 1-2 |
| 55 | Photo from Crime Scene Coroner Inv. Randolph (R16-E369.jpeg) | Gregonis; Detectives Parent, Bradford, Navarro |  |  |  |
| 56 | Photo of Pamela Richards (R7-E151.jpeg) | William Richards |  |  |  |
| 57 | Death Certificate Gregory Randolph | Self authenticating |  |  |  |
| 58 | SID LR file WR 05314-05692 | Seleska, Gregonis, Simpson | Hearsay (Simpson) |  |  |
| 59 | Decl. Gabriel Morales dated | Morales |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 4/2/2019 (redacted) | | | | |
| 60 | Decl. Gabriel Morales dated 4/2/2019 (not redacted) | Morales (for ID only for court's consideration of Pltf. Exh 59 redacted version) | | | |
| | | | | | |
| 61 | Ex. 133_C-14 photos_Nails at autopsy WR06140, 6053 | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 62 | Ex. 135_49 WR-14988 – Pamela Richards finger (infrared type) | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 63 | Ex. 137_47 WR-14984 - Pams broken finger-closeup | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact | 06/25/25 | 06/25/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | finder | | |
| 64 | M. Bowers Habeas report- DigitalAdmissibility | Bowers ID only | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 65 | Potential_still blue fiber 4 MARKED | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 66 | Finger with blue fiber and crack | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 67 | Finger with blue fiber and crack color saturation | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 68 | Close up Pamela Richards finger from autopsy | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 69 | Color saturated close Pamela Richards finger from autopsy | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 70 | Corrected-Close up autopsy photo of finger (p. 36) | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 71 | Still photo from fiber extraction video | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 72 | Corrected-Still | Bowers | FRE 401, | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | photo from fiber extraction video (p. 34) | | 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 73 | 424.Full page photo2 | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 74 | 16_040020-R17-E424.tif | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 75 | 17_Br+C424.tif | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 76 | 18_w0450020-R17-E424.tif | Bowers | FRE 401, 402, 403, 901, | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | supplanting the province of the jury as fact finder | | |
| 77 | 19_WorkingE424.tif | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 78 | 20_485.working tif | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 79 | 21_040020-R19-E485.tif | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 80 | 22_Historyw0450020-E485.tif | Bowers | FRE 401, 402, 403, 901, supplanting the province | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | of the jury as fact finder | | |
| 81 | 23_Printw040020-R19-E485.tif | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 82 | 24_w485Rotate+Crop.tif | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 83 | 25_Bowers Digital Report | Bowers ID only | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 84 | 26_Bowers fingernail report | Bowers ID only | FRE 401, 402, 403, 901, supplanting the province of the jury as fact | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | finder | | |
| 85 | 27_Comparison autopsy photo and Gregonis photo | Bowers | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 86 | WR 05856 – crime scene sleeping bag photo | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | | 7/2/25 *admitted |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|---------------------------------|------------------------|-----------------|----------------|
| 87 | WR 05881 – crime scene sleeping bag photo | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | 06/27/25 | 06/27/25 |
| 88 | WR 05935 – crime scene photo | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, | 06/27/25 | 06/27/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | | |
| 89 | WR 05961 crime scene - victim | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
|       |             |                                | claims re: MIL (Dkt. 267) |             |                |
| 90    | WR 05962 crime scene - victim | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | 06/27/25 | 06/27/25 |
| 91    | WR 05964 – crime scene – victim | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); |       |                |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | | |
| 92 | WR 05983 – crime scene – victim | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | trial re evidence of other dismissed claims re: MIL (Dkt. 267) | | |
| 93 | WR 05986 – crime scene photo | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | | |
| 94 | WR 06007 – crime scene photo | Haddix, Terri | FRE 901; Irrelevant and unduly | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | | |
| 95 | WR 06143 – autopsy photo | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | | |
| 96 | WR 06155 – autopsy photo | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | 06/27/25 | 06/27/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|----------------|---------------|
| 97 | WR 06162 – autopsy photo | Haddix, Terri | FRE 901; Irrelevant and unduly prejudicial (FRE 401, 402, 403, 611); Irrelevant and unduly time consuming, Ct. denied Defts' MIL because Plaintiff agreed to narrow scope of trial re evidence of other dismissed claims re: MIL (Dkt. 267) | 06/27/25 | 06/27/25 |
| 98 | 0450020-R17-E424 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 99 | 0450020-R19-E485 | Rosenthal, Keith | FRE 401, 402, 403, | 06/25/25 | 06/25/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | 901, supplanting the province of the jury as fact finder | | |
| 100 | 0933629-R7-E226 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 101 | 0933629-R9-E287 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 102 | 0933629-R7-E226 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 103 | ENHANCED CROPPED DIRTY HAND | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting | 06/25/25 | 06/25/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | the province of the jury as fact finder | | |
| 104 | 0933629-R7-E226 (2).JPGWI CALL OUTS.JPG | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | *Demonstrative only* 06/25/25 | |
| 105 | 0450020-R19-E485 ENHANCED ACDSEE | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 106 | TIF R19-E485 ENHANCED ACDSEE CROPPED STRAIGHTEN ED 0-NORMAL SATURATION | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | |
| 107 | 00-05-24-21 WITH NO LINES OR CALLOUTS | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting | 06/25/25 | 06/25/25 |

29

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | the province of the jury as fact finder | | |
| 108 | 00-05-24-21 CRACK AND FIBER TUFT WITH WHITE DOTTED LINES NO CALLOUTS | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 109 | 00-05-24-21 SCREEN CAPTURE CRAC AND TUFT TIFWITH CALL OUTS | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | Demonstrative only 06/25/25 | |
| 110 | FIBER TUFT AND CRACK COMPARISON WITH CALL OUTS 2019-07-03_10-38-36 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 111 | side by side FOUR IMAGES 00-24-21 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| | | | as fact finder | | |
| 112 | 0450020-R19-E485 ENHANCED ACDSEE | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 113 | E485 GENERAL AND WHITE BALANCE | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 114 | E485 GENERAL AND WHITE BALANCE 003 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 115 | TIF R19-E485 ENHANCED ACDSEE CROPPED STRAIGHTEN ED 0-NORMAL | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | SATURATION | | finder | | |
| 116 | TIF R19-E485 ENHANCED ACDSEE CROPPED STRAIGHTEN ED 100-HIGH SATURATION | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 117 | TIFR19-E485 ENHANCED ACDSEE CROPPED STRAIGHTEN ED 200-HIGH SATURATION TWICE | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 118 | E226 jpg COLOR EQUALIZATI ON TEST DIRTY HAND 2019-06-30_11-47-34 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 119 | E287 COLOR EQUALIZATI ON TEST 2019-06-30_12-07-39 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 120 | E485 COLOR EQ VIDEO 2019-06-27_21-44-28 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 121 | FIBER EXTRACTION VIDEO AT 00-03-40-23 COLOR EQUALIZATION 2019-06-30_14-24-50 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 122 | Triple composite 02-26-15 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 123 | Triple Composite 03-18-19 | Rosenthal, Keith | FRE 401, 402, 403, 901, supplanting the province of the jury as fact finder | 06/25/25 | 06/25/25 |
| 124 | Triple | Rosenthal, | FRE 401, | 06/25/25 | 06/25/25 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Composite 05-22-11 | Keith | 402, 403, 901, supplanting the province of the jury as fact finder | | |
| 125 | Mitotyping DNA Report 9.6.06 – WR014739-14744 | Taylor, Marc | FRE 401, billing evidence not relevant to this witness's testimony 402, 403, 801 billing record hearsay, 901 | 06/27/25 | |
| 126 | Mitotyping DNA Report 1.5.07 – WR014745-014749 | Taylor, Marc | FRE 401, 402, 403, 901 | | |
| 127 | Excerpts Gregonis 1997 Trial testimony: RT 882:20-883:21; 917:6-28; 918:22-919:23; 921:5-925:21; 1155:7-22; and 1330:6-16 | Gregonis, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; and FRE 106 Doctrine of Completeness | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 128 | Excerpts Nourse 1997 Trial Tx Excerpts: RT 577:14-578:16; 597:12-599:10; 602:9-602:23; 606:27-607:5; 629:3-630:2; 630:25-631:6; 631:25-632:21; 633:9-634:11; 635:1-636:25; 637:14-638:23; 641:11-18; and 674:11-17 | Nourse, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; not admission, as not a party opponent; and FRE 106 Doctrine of Completeness | | |
| 129 | Excerpts Nourse Nov. 1994 (3d) Trial Transcript: RT 199:1-23; 214:14-216:4; and 221:8-15 | Nourse, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; not admission as not a party opponent; and FRE 106 Doctrine of Completeness; | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 130 | Excerpts Parent 1997 Trial Transcript: RT 124:3-18; 285:7-286:6; 518:4-11 | Parent, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; not admission as not a party opponent; and FRE 106 Doctrine of Completeness | | |
| 131 | Excerpts Bradford 1997 Trial Transcript: RT 789:5-27; 807:18-808:4; 812:1-821:12; 821:28-822:26 | Bradford, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; not admission as not a party opponent; and FRE 106 Doctrine of Completeness; | | |
| 132 | Excerpts | Seleska, | FRE 804, | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Seleska1997 Trial Transcript: RT 1139:1-28; 1140:25-1141:9; 1141:19-1142:3 | Reporter's Transcript/ Admissions | Foundation - witness not unavailable for trial; not admission as not a party opponent; and FRE 106 Doctrine of Completeness; | | |
| 133 | Excerpts Sheridan 1997 Trial Transcript: 345:15-346:22; 350:17-351:3; 352:28-354:18; 427:21-28; 428:1-10; 431:2-27; 433:20-434:4 | Sheridan, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; not admission as not a party opponent; and FRE 106 Doctrine of Completeness | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 134 | Excerpts Gregonis 2009 Habeas Hearing Transcript: RT 327:1-26; 440:4-442:5 | Gregonis, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; and FRE 106 Doctrine of Completeness; | | |
| 135 | Excerpts Gregonis July 1994 (1st) Trial Transcript: RT 320:1-15; 365:9-366:22 | Gregonis, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; and FRE 106 Doctrine of Completeness; | | |
| 136 | Excerpts Gregonis July Nov. 1994 (3rd) Trial Transcript: RT 587:12-588:21; 647:6-8 | Gregonis, Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; and FRE 106 Doctrine of Completene | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | ss | | |
| 137 | Excerpt of GTE Telephone Records for William Richards for 8/10/1993- redacted | | FRE 401 not relevant in light of MIL exclusions (Dkt. 267); FRE 401, 402, 403 not relevant to the claims; FRE 801 hearsay without exception; | 06/24/25 | 06/24/25 page 3 |
| 138 | San Bernardino Property Log, DJG 327-351 (redacted) | Gregonis (Pltf seeks admission of 138, See Exh. 30 unredacted version provided for court's consideration of Exh 138) | | | |
| 139 | Excerpt of GTE Telephone Records for William Richards for 8/10/1993- unredacted | | FRE 401 not relevant in light of MIL exclusions (Dkt. 267); FRE 401, 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | not relevant to the claims; FRE 801 hearsay without exception; | | |
| 140 | Excerpts Craig Ogino -1997 Trial Transcript RT 692:17702:8; RT 703:8-703:28; RT 713:14-714:4 | Reporter's Transcript / Admissions | FRE 804, Foundation - witness not unavailable for trial; and not admission as not a party opponent | 06/25/25 | 140-1 140-2 140-19→ 140-8 140-35 140-10 7½ 06/27/25 page 9 page 14✓ 140-12 page 15✓ 140-13 7½ 1-2 140-16 140-17 140-1 140-18 |
| 141 | Excerpts Randolph, Gregory - 4th Trial transcript RT 1362:1-1368:21; RT 1371:6-1372:20; RT 1374:8-1376:21 | Reporter's Transcript/ Admissions | FRE 804, Foundation - witness not unavailable for trial; and not admission as not a party opponent no opportunity to cross exam witness (state witness) | 06/26/25 page 5 6 7 8 9 10 11 | 06/26/25 admitted in its entirety |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | | | |
| | DEFENSE MARKED EXHIBITS | | | | |
| 400 | Preliminary Hearing Transcript People v. William J. Richards, September 23-24, 1993<br><br>16DA21426-000010-000154 | Michael Risley | Irrelevant and unduly prejudicial (FRE 401, 402, 403) and Hearsay FRE 802; Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 401 | Nourse Report of 8/13/1993<br><br>No redactions<br>16DA21429-001838 - 1843 | Nourse, Mark | Hearsay FRE 802 w/ exc. of the selected statements offered for non hearsay purpose/materiality) See Pltf Exh 5 (Rpt. redacted,; Irrelevant and unduly prejudicial (FRE 401, | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | 402, 403); Hearsay FRE 802; Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 402 | Evidence/ Property Report 16DA21434-001834-001835 | Valerie Seleska, Valerie | [No objection to pg 1 & 2.Object to pg 3 which duplicates Pltf. 18] | | |
| 403 | Crime Scene Diagram with Handwritten Notes 16DA21434-001156-65 | Gregonis, Daniel | No. objection to pgs 6 & 8, -which duplicate Pltf. Exh 6 Object to pgs 1-5, 7, 9 & 10. Pgs 3 & 5 w/ handwriting lack foundation. Hearsay, Irrelevant | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| | | | and unduly prejudicial (FRE 802, 401, 402, 403); Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 404 | Evidence/ Property Report 16DA21434-001834-001836 | Seleska, Valerie | This witness lacks of foundation as to Parent's /Gregonis' report. Also, Hearsay (FRE 802) Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 405 | Ogino, Craig - 2nd Trial | Ogino, Craig; Risley, | Hearsay; Irrelevant | 06/25/25 | 06/27/25 remove (~ 405-3 through 405-25 |

43

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Transcript December 7, 1994 16DA21439-001311, 001315, 001906-27, 002063 | Michael; Reporter's Transcript | and unduly prejudicial (FRE 401, 402, 403); Hearsay FRE 802. Also Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 406 | Verbatim Transcript Norris Interview of William J. Richards 16DA21427-001540-001550 | Richards, William | Hearsay FRE 802; andIrrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276). Also, Specific William Richards' Statement about shooting the dog unduly | 04/24/25 | |

44

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| | | | prejudicial FRE 403. | | |
| 407 | Amended Autopsy Protocol w Amended COD re Pamela Richards Coroner Case No. 93-4329 16DA21434-001193-1201 | Dr. Frank Sheridan | Duplicative of Pltf. Exh 11 | | |
| 408 | Nourse, Mark Military Records Excerpts – Redacted WR-21401, 04, 44, 47, 49, 51-54 | Self-Authenticating Nourse, Mark | Lacks Foundation; also Hearsay FRE 802 & Irrelevant and unduly prejudicial (FRE 401, 402, 403) Improper Opinion FRE 702/703 Inadmissible FRE 404 (a)(1) Character evidence and as spec. instances of | *Redacted 408-1 through 408-9* | *7/1/25 408-1 thru 408-9* |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | conduct FRE 608a & b. | | |
| 409 | Nourse, Mark COSB Training Records Excerpts of POST Training, Certificates, and related medical training | Nourse, Mark | Lacks Foundation; Hearsay FRE 802 & Irrelevant and unduly prejudicial (FRE 401, 402, 403); Improper Opinion FRE 702/703<br><br>Inadmissible FRE 404 (a)(1) Character evidence and as spec. instances of conduct FRE 608a & b. | | *Redacted versions 409-3 409-9 409-10 409-16* } 7/1/25 |
| 410 | Nourse, Mark Reports – 8/13/1993 & 8/27/1993 - only PII redacted * | Nourse, Mark | Hearsay FRE 802 w/ exc. of the selected statements offered for non hearsay purpose/materiality) See | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Pltf Exh 5 & Ehx. 14 (Rpts. redacted,; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. excluded evidence of guilt re: MIL (Dkt. 267, 276); Duplicative of Def. Exh. 401 w/ exception of additional last page "summary of recording" | | |
| 411 | Release or Receipt of Evidence 16DA21427-001232-001248 | Seleska, Valerie | 17 page chart of evidence movement in case over span of multiple trials/yrs. Only log entries pertaining to | | |

47

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Gregonis' removal of the blue shirt and fingertips are material and relevant to the fiber claim. See Pltf. 138 (redacted log). Rest is Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct has excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 412 | Property Evidence Tracking System – Property Movement History | Seleska, Valarie | 9 page chart of evidence movement in case over span of multiple trials/yrs. | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 16DA21427-001249-001257 | | Lack of foundation with this witness. Also Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct has excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 413 | Gregonis, Daniel 1st Trial Transcript | Gregonis, Risley | Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. excluded evidence of guilt re: MIL (Dkt. 267, 276). | 7/1/25 | |
| 414 | Gregonis, | Gregonis, | Hearsay | 7/1/25 | |

49

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Daniel 2nd Trial Transcript | Risley | FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 415 | Tom Bradford's Report dated 9/8/1993 (COSB 00028) | Bradford, Tom | Irrel. & Prejud. FRE 401, 402, 403. Viol. 5th and 6th Amendments (cannot use silence or invocation against Richards( 5th A/right against self-incrim. & 6th A/ right to counsel). Hearsay FRE 802. Ct excluded evid. guilt per MIL (Dkt. 267, 276) | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | | | |
| 416 | News Article Video Editing Ordered By Court | Gregonis, Daniel | Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct excluded evidence of guilt re: MIL (Dkt. 267, 276). | | |
| 417 | Blue Fiber Removal Video 16DA21433 VTS_01_2 | | Obj. two reasons FRE 802 hearsay, not admissible for the truth. Also inadmissible per MIL re innocence, court excluded evidence of guilt. | | |
| 418 | Transcript of 911 call from Price, Eugene | Price, Eugene | [Exhibit misdescribed as it contains calls from | | |

51

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|----------------|
| | | | people besides Price] Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276); including evidence of domestic violence MIL (Dkt. 267, 276). | | |
| 419 | Blue Fiber Removal Video 16DA21433 VTS_01_3 | | Obj. two reasons FRE 802 hearsay, not admissible for the truth. Also inadmissible per MIL re innocence, court excluded evidence of | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | guilt. | | |
| 420 | Report of blood drawn from Eugene Price 10/24/94 (Refresh Recollection Only) COSB 00235 | Price, Eugene | Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403) | | |
| 421 | SID Reports re Crime Scene & Autopsy Evidence COSB 00259-89 | Ogino, Gregonis, Seleska | [Exhibit consists of 30 pages of crime scene and lab reports. Hearsay FRE802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276) | | |
| 422 | Crime Scene Legend, Diagrams & Details (**color** | Gregonis | Duplicative of Def. 403 Same objection as | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | copies included) COSB 00145-150 | | to Exh. 403 | | |
| 423 | Certificates of Death, Amendment of Medical and Health Section Data Death COSB 00205-207 | Dr. Sheridan | | | |
| 424 | 1 Aerial photo 5148 Thrush Road, East Summit Valley, San Bernardino County PDF COSB 00712 | Gregonis, Parent, William Richards | | | |
| 425 | Photos of Item C-14 Fingertips from Glass bottle dated 9.27.94 COSB 00793-99 | Gregonis | | | |
| 426 | Full Body Frontal Photo of William Richards taken 8.11.93 COSB 00821 | Gregonis, Parent, Navarro | | 6/30/25 | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|------------|--------------------------------|------------------------|-----------------|---------------|
| 427 | Selected SID Crime Scene & Autopsy Photographs COSB 854, 861, 863, 865, 867, 899, 909, 922, 923, 923, 937, 946 (redacted), 947, 960, 971 (redacted), 975, 978 (redacted), 985, 1033, 1036, 1040, 1041, 1048, 1053, 1076, 1082, 1142 | Seleska, Gregonis | [Exhibit consists of 27 pages of crime scene and autopsy photos] No objection to the right hand and finger photos see p.24 and 27; Object FRE 401, 402 and 403 to remaining pictures of the crime investigation as irrelevant and unduly prejudicial. Ct has excluded evidence of guilt re: MIL (Dkt. 267, 276) | 06/26/25 page 4 page 21 | 06/26/25 page 4 page 21  *page 9 admitted 7/1 |
| 428 | Selected Coroner Crime Scene & Autopsy Photographs | Gregonis, Seleska | Lack foundation as to p. 3 neither Gregonis | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | COSB 03639-40, 3660, 3665 | | nor Seleska took this photo. Objection to pg 1,2 4 and FRE 401, 402 and 403 as irrelevant and unduly prejudicial. Ct has excluded evidence of guilt re: MIL (Dkt. 267, 276) | | |
| 429 | Nourse, Mark Supp. Report 8/27/1993 Unredacted | Nourse, Mark | Hearsay FRE 802 w/ exc. of the selected statements offered for non hearsay purpose/mat eriality. See Pltf. Exh 14 (Rpt redacted); Irrelevant and unduly prejudicial (FRE 802, 401, 402, 403); Ct has excluded evidence of | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | guilt re: MIL (Dkt. 267, 276) | | |
| 430 | Nourse 4th Trial Tx Excerpts: Re condition of decedent, environmental conditions, statements of William Richards WR-00650-761 | Nourse, Mark | Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276) | | |
| 431 | Craig Ogino Trial Testimony June 9, 1997 [16DA21428-000146-001232] | Ogino, Craig | Hearsay FRE 802, with exception of admissions which are non hearsay FRE 801(d). See Plaintiff's Ex. 140 (Ogino Trial Testimony). | | |
| 432 | Juror deliberation notes/ questions/ | Risley, Michael | Hearsay FRE 802; FRE 606 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | responses from court from trial #1 August 1994<br><br>16DA21426-000413 - 421 | | jurors not competent as witness. Irrelevant and unduly prejudicial (FRE 401, 402, 403); Ct. has excluded evidence of guilt re: MIL (Dkt. 267, 276) | | |
| 433 | Juror deliberation notes/ questions/ responses from court from trial #2 Dec. 1994-January 1995<br><br>16DA21426-000464 - 475 | Risley, Michael | Hearsay FRE 802; FRE 606 jurors not competent as witness. Irrelevant and unduly prejudicial (FRE 401, 402, 403); No evidence of guilt re: MIL (Dkt. 267, 276) | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 434 | Juror deliberation notes/ questions/ responses from court from trial #4 July 1997<br><br>16DA21426-000550 - 556 | Risley, Michael | Hearsay FRE 802; FRE 606 juror not competent as witness; Irrelevant and unduly prejudicial (FRE 401, 402, 403) | | |
| 435 | Polygraph-related Reports<br><br>16DA21429-001828 – 1835<br>16DA21429-001917 - 1930 | Bradford; Cardwell, Kathleen | Hearsay FRE 802; Irrelevant and unduly prejudicial (FRE 401, 402, 403). Ct. has excluded evidence of polygraph re: MIL (Dkt. 267).<br><br>Other Objections noted in Pltf MIL to exclude polygraph Dkt 226. | | |
| 436 | Eugene Price Interview Reports and | Price, Eugene | Hearsay FRE 802; Irrelevant and unduly | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Phone Records<br><br>16DA21429-001854 – 1855, 1857 - 1866 | | prejudicial (FRE 401, 402, 403); Ct. Excluded evidence of domestic violence re: MIL (Dkt. 267). | | |
| 437 | Gregory M. Randolph Trial Testimony 1997 | | Hearsay FRE 802, with exception of admissions which are non hearsay FRE 801(d). See Plaintiff's Ex. 141 (Randolph Trial Testimony). | | |
| 438 | Expert Report, CV, and Attachments | Reis, George | Rpt. Not admissible;<br><br>Only exhibits created in analysis are, he has none.<br><br>Rest is hearsay | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | FRE 802 | | |
| 439 | Expert Report, CV, and Attachments | Garavan, Dr. Fintan, Ph.D., M.D., F.R.C. Path. | Rpt. Not admissible; Only exhibits created in analysis are, he has none. Rest is Hearsay FRE 802 | | |
| 440 | Expert Report, CV, and Attachments | Marsh, William E. | Rpt. Not admissible, only exhibits created in analysis are. Rest is hearsay FRE 802 | | |
| 441 | Expert Report, CV, and Attachments | Laskowski, Gregory | Scope of testimony limited by court's Daubert Ruling. Rpt. Not admissible, only | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | exhibits created in admissible scope analysis are.<br><br>Rest is hearsay FRE 802 | | |
| 442 | Expert Report, CV, and Attachments | Wilson, Jonathan | Rpt. Not admissible, only exhibits created in analysis are.<br><br>Rest is hearsay FRE | | |
| 443 | Photographs of Scene and Autopsy | | Exh 443 consists of 63 pages of crime scene and autopsy photos. Object FRE 401, 402 and 403 to pictures of the crime investigatio | 06/27/25 | 06/27/25<br>Page 29<br>page 21<br>page 22<br>page 8<br>page 31<br>~~page 13~~<br>page 12<br>~~page 9~~ |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 443 Continued | | | n as irrelevant and unduly prejudicial. Ct has excluded evidence of guilt re: MIL (Dkt. 267, 276) | | |
| 446 | | William Richards | | 6/25/25 | |
| ✓ 459 | | Gabriel Morales | | 6/26/25 | 6/26/25 1-3 |
| 462 | | Marc Taylor | | 6/27/25 Pages 1-9 | |
| 463 | | Marc Taylor | | Pages 1-8 | |
| 453 | | Tom Bradford | | Pgs 1-12 | 6/30/25 (A) |
| 457 ✓ | PINK FIBERS/Boulant 3 pages π's clothing (similar to EXH 29) | | | 6/30/25 | 6/30/25 |
| 450-1 ✓ | | Michael Risley | | · | 7/1/25 |
| 142 ✓ | | | | | 7/1/25 (all pages) |
| 151 | | | | 7/1/25 only | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>             Plaintiff,<br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>             Defendants. | CASE NO. 17-cv-00497-HDV-SP<br><br>[Honorable Hernán D. Vera]<br><br>**PLAINTIFF'S SECOND AMENDED WITNESS LIST**<br><br>PTC Date:      June 17, 2025<br>Time:              5:00 p.m.<br><br>Trial Date:    June 24, 2025<br>Time:              9:00 a.m. |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-5, Plaintiff respectfully submits the following amended list of witnesses who will be called at trial[1].

---

[1] Plaintiff has added asterisks next to the names of witnesses whom Plaintiff may call only if the need arises. Plaintiff will also designate deposition transcripts for other witnesses who are unavailable or party opponents and intends to use those depositions in lieu of live testimony as set forth in the [proposed] Final Pretrial Conference Order.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Plaintiff William Richards | Plaintiff: August 10, 1993; events of the case; innocence, damages | 1 hour | | 06/24/2025 06/25/2025 |
| Valerie Seleska | SBC Employee: assisted Gregonis crime scene, collected/ scrapings evidence, fingernail scrapings at autopsy, took autopsy photos | 0.5 hours | | 06/25/25 06/26/25 |
| Michael C. Bowers | Plaintiff Expert: forensic photo analyst on fiber issue | 1 hour | | ~~6/24/25~~ 6/25/25 |
| Keith Rosenthal | Plaintiff 'sphotographic expert: fiber not in autopsy photos | 1 hour | | 6/25/25 |
| Terri L. Haddix | Plaintiff's forensic pathologist expert: time of death | 1 hour | | 6/27/25 |
| Gabriel Morales | SBC Coroner Department PMK: re | 0.5 hours | | 06/26/25 |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | autopsies and time of death investigation policies | | | |
| Jerry Davenport | PMK Homicide policies: re Monell time of death issue | 0.5 hours | | 06/26/25 |
| Craig Ogino | BC criminalist on Richards' underlying prosecution: examination and documentation regarding hair under fingernail, blonde hair *Brady* issue | 0.5 hours | | 06/25/25 |
| Alex Simpson | Plaintiff's habeas attorney: discovery of LR file | 0.5 hours | | 06/27/25 |
| Marc Taylor | Plaintiff's DNA expert: blonde hair *Brady* issue and innocence. | 0.5 hour | | 06/27/25 |
| Heidi Rummell | Plaintiff's expert: materiality of constitutional violations | 0.75 hours | | ~~may call offer~~ 6/30 |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Stephanie Rizzardi | Plaintiff's economic expert on damages | 0.5 hour | | *[handwritten]* 6/30 |
| Terry Kupers | Plaintiff's expert: Richards damages – effects of 23 years in prison | 0.5 hours | | 6/30 |
| Marie Bolanos | Deposition designations, trial transcript exhibits, summary review of discovery | 0.2 hours | | |
| Kim Marquez* | Plaintiff's investigator: if needed re subpoenas or witnesses' interviews | | | |
| Witnesses, as necessary, to authenticate records or lay foundation for exhibits.* | | | | |

Plaintiff reserves the right to call any of the witnesses identified on Defendants' witness list. Plaintiff reserves the right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by Local Rules, the

1  Civil Rules of Federal Procedure or the Court, and to amend their list to address

2  allegations raised by Defendants as needed.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM J. RICHARDS,

Plaintiff,

v.

COUNTY OF SAN BERNARDINO, et al,

Defendants.

Case No.  5:17-cv-00497-HDV-SPx

DEFENDANT'S SECOND AMENDED WITNESS LIST

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) (Est.) | Dates of Testimony |
|---|---|---|---|---|
| Daniel Gregonis, Criminalist for the County of San Bernardino Sheriff's Department (Retired), Defendant | Mr. Gregonis will give a percipient account of what he observed and did on and after August 11, 1993, the day after the Pamela Richards' murder and in furtherance of his duties as lead criminalist in the investigation of her murder. His testimony is unique in that he is the only eyewitness to his actions. | 3 hours | 2 hours | 7/1/25 |
| Craig Ogino, Criminalist for the County of San | Mr. Ogino will give a percipient account of what he observed and did in furtherance of his duties as criminalist in the investigation of the murder of | 1 hour | 1 hour | 06/25/25 |

1

| | Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) (Est.) | Dates of Testimony |
|---|---|---|---|---|---|
| 1 2 3 | Bernardino Sheriff's Department (Retired) | Pamela Richards. His testimony is unique in that he is the only eyewitness to his actions, which relate to multiple claims in this action. | | | |
| 4 5 6 7 | Dr. Frank Sheridan, Medical Examiner for the County of San Bernardino Coroner's Office (Retired) | Dr. Sheridan will give a percipient account of the procedures as relates to murder victim Pamela Richards, including what he did and observed while performing the autopsy. His testimony is unique in that he is the only witness who can testify regarding those procedures and actions, and is directly relevant to the issues in this action. | 1.5 hours | .75 hours | 7/1/25 by remote testimony |
| 8 9 10 11 | Valerie Saleska, Forensic Specialist, County of San Bernardino Sheriff's Department (Retired) | Ms. Saleska will give a percipient account of what she observed and did as relates to her role in the investigation of Pamela Richards' murder, including attendance at Ms. Richards' autopsy and photographs she took during the autopsy. Her testimony is unique in that she is the only person who can testify regarding her actions. | .75 hours | .50 hours | 06/25/25 06/26/25 |
| 12 13 14 15 16 | Michael Risley, Prosecutor, San Bernardino County District Attorney's Office (Retired) | Mr. Risley will give a percipient account of his prosecution of Plaintiff over the course of almost four years and through four trials. His testimony is unique in that he is the only person who can testify regarding the prosecution of Plaintiff, including evidence/witnesses/ discovered to Plaintiff and presented or referred to at trial | 1.25 hours | .75 hours | 7/1/25 by remote testimony |
| 17 18 19 20 21 | Eugene Price, Private Person | Mr. Price will give a percipient account of his interactions with murder victim Pamela Richards and Plaintiff on and around the date of her murder, as well as his interactions with County employees. His | .75 hours | .75 hours | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) (Est.) | Dates of Testimony |
|---|---|---|---|---|
| Catherine Wojcik, San Bernardino County Sheriff's Department Crime Lab Person Most Knowledgeable regarding crime lab policies, procedures and training | Ms. Wojcik will give her testimony regarding the County's crime lab policies, procedures and training during the relevant time period of 1993-1997. Her testimony is unique in that she will testify on behalf of Defendant County as to policies, procedures and training that are at issue due to the claims in the instant action. | 1.50 hours | .75 hours | 6/30/25 |
| Jerry Davenport, Sergeant, San Bernardino County Sheriff's Department Person Most Knowledgeable regarding homicide division policies, procedures and practices | Sergeant Davenport will give his testimony regarding the County Sheriff's Department homicide division's policies, procedures and practices during the relevant time period of 1993-1997. His testimony is unique in that he will testify on behalf of Defendant County as to policies, procedures and practices that are at issue due to the claims in the instant action. | .75 hours | .50 hours | 06/26/25 |
| Gabriel Morales, County of San Bernardino Coroner's Office Person Most Knowledgeable | Mr. Morales will give his testimony regarding the County Coroner's Office's policies, procedures and practices during the relevant time period of 1993-1997. His testimony is unique in that he will testify on behalf of Defendant County as to those policies, procedures and practices that are at issue due to the claims in the instant action. | 1.5 hours | .75 hours | 06/26/25 |
| Gregory Laskowski, Defendants' expert in criminalistics | Mr. Laskowski will give his expert opinions as relates to standards and practices in the field of criminalistics in 1993, as relates to evidence collection and documentation, including his review of evidence collected during the autopsy of Pamela Richards and Defendant Gregonis's investigation of the evidence related thereto. His testimony is unique in that he is | 3 hours | 1 hour | 7/1/25 |

3

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) (Est) | Dates of Testimony |
|---|---|---|---|---|
| George Reis, Defendants' expert in forensic photography, video analysis, and photographic analysis | Mr. Reis will give his expert opinions as relates to his examination of photographic and video documentation from the autopsy of Pamela Richards and from Mr. Gregonis' examination of Pamela Richards' body. His testimony is unique in that he is the only individual who can provide insight into photographic and video analysis as relates to key issues in this action. | 2 hours | 1 hour | 7/1/25 |
| William E. Marsh, Los Angeles County Sheriff's Department Detective Sergeant (Retired), Defendant County's law enforcement policies, procedures and training expert | Mr. Marsh will give his expert opinion as relates to 1993-1997 standards and practices in the law enforcement field regarding County of San Bernardino policies, procedures and training regarding homicide investigations and *Brady* disclosure requirements. His testimony is unique in that he is the only individual who can provide insight into law enforcement practices and procedures in effect at the time of the incident. | 2 hours | 1 hour | |
| Dr. Fintan Garavan, Ph.D., M.D., F.R.C.Path., Deputy Chief Medical Examiner, Miami-Dade, Florida. Defendant's expert in forensic pathology, autopsy procedures, time of death determination factors | Dr. Garavan will give his expert opinion as relates to 1993-1997 standards and practices in the forensic pathology field regarding autopsy procedures, time of death determination-related standards, practices and procedures. His testimony is unique in that he is the only individual who can provide insight into forensic standards, practices and protocols during the time period involved in the investigation of Pamela Richards' murder. | 2 hours | 1 hour | 7/1/25; 7/2/25 |

4

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) (Est.) | Dates of Testimony |
|---|---|---|---|---|
| Jonathan Wilson, Partner, Resolution Economics LLC, Defendants' damages expert | Mr. Wilson will give his expert opinion as to the general framework of a lost wages analysis due to personal injury and analysis of calculation of damages, and will rebut Plaintiff's expert Rizzardi. | 1 hour | .5 hours | |
| Nourse, Mark, Deputy Sheriff (Fmr.), San Bernardino County Sheriff's Department | Mr. Nourse will testify to being the first responder to murder scene, conversations with Plaintiff (admissions), environmental conditions, visual and physical examination of the body of Pamela Richards regarding time of death factors. | 1.5 hours | 1 hour | |
| Dr. James Rosenberg, Forensic Neuropsychiatry Medical Group, Inc. | Dr. Rosenburg is an expert psychologist who will testify for Defendants in the damages phase of the trial, and will rebut Plaintiff's expert Kupers. | 1 hour | .5 hours | |
| Defendants' psychological damages expert | | | | |
| * David Tristan, Defendants' CDCR expert for damages portion of trial | David Tristan is a CDCR prison expert who will testify for Defendants in the damages phase of the trial, and will rebut Plaintiff's expert Woodford. | 1 hour | .5 hours | |
| Navarro, John | Detective Navaro (retired) was one of the investigators of Pamela Richard's murder. He is relevant to time of death as he tested the drive between Plaintiff's work at Schueler Manufacturing to his house, and the timing of that drive. Navarro also responded to the crime scene. Navarro and Bradford questioned Plaintiff at the station and collected his clothing. **Plaintiff has indicated he intends to present testimony of this witness by deposition designation; Defendant would like to call him live to respond.** | .75 | .5 | 7/1/25 |

5

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) (Est.) | Dates of Testimony |
|---|---|---|---|---|
| Bradford, Tom | Detective Bradford (retired) was one of the investigators of Pamela Richard's murder. He attended the autopsy. Bradford responded to the crime scene. Navarro and Bradford questioned Plaintiff at the station and collected his clothing. **Plaintiff has indicated he intends to present testimony of this witness by deposition designation; Defendant would like to call him live to respond.** | .75 | .5 | 6/30/25 |
| Parent, Norman | Detective Parent (retired) was one of the investigators of Pamela Richard's murder. He led the crime scene investigation and was involved in the decision to have the coroner investigators wait until morning to respond. **Plaintiff has indicated he intends to present testimony of this witness by deposition designation; Defendant would like to call him live to respond.** | .75 | .5 | 6/30/25 - 7/1/25 |

*Indicates that witness will be called only if the need arises.