JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RICHARDS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, ET AL.,<br><br>Defendants. | CASE NO. 17-CV-00497-HDV-SP<br><br>[HONORABLE HERNÁN D. VERA]<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br>Trial: June 24, 2025 |

This action having been tried by a jury with the Honorable Judge Hernán D. Vera presiding, and the jury having duly rendered its unanimous verdict, **IT IS ORDERED, ADJUDGED, and DECREED**:

1. That Judgment is entered in favor of Plaintiff William Richards against Defendant County of San Bernardino on Plaintiff's two claims against the County under 42 U.S.C. § 1983 for *Monell* violations of Plaintiff's Fourteenth Amendment rights as determined by a unanimous jury on July 2, 2025.

2. That Judgment is entered in favor of Defendant Daniel Gregonis against Plaintiff on all claims presented against Defendant Gregonis at trial as determined by a unanimous jury on July 2, 2025.

3. That Plaintiff William Richards recover from Defendant County of San Bernardino the amount of $25,241,000.00, with interest thereon at the rate provided by law.

4. That Plaintiff shall recover costs and attorneys' fees. Motions for taxation of costs and for attorney's fees shall proceed under Fed. R. Civ. P. 54(d) and L.R. 54. The Court retains jurisdiction to determine reasonable attorney's fees and costs under 42 U.S.C. § 1988.

**IT IS SO ORDERED AND JUDGMENT HEREBY ENTERED.**

DATED: July 21, 2025

HONORABLE HERNÁN D. VERA
United States District Judge